IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNCENSORED AI, INC., a Delaware corporation;<br><br>Plaintiff,<br><br>vs.<br><br>PERPLEXITY, INC., START ENGINE, INC., UNCENSORED.COM, NOFILTERGPT, INC., NASTIA CYBERNETICS, SAS, VENICE AI, INC., FREEDOMGPT, INC., UNCENSOREDAI.IO, AP SOFTWARE, LTD., HENRY FORDIN KATU 5, CLINT NEILSON, CHAT UNCENSORED, INC., and ERIC VORHEES,<br><br>Defendants. | **8:25CV40**<br><br><br>**ORDER** |

Plaintiff, Uncensored AI, Inc. has filed an application to proceed with this litigation without prepaying fees or costs. Filing No. 3. The ability to proceed without prepayment of fees, or *in forma pauperis* (IFP), is codified in 28 U.S.C. § 1915. The Supreme Court has held that a "person" within the meaning of the statute is applicable to individuals and not artificial entities such as corporations. *See Rowland v. California Men's Colony, Unit II Men's Advisory Council*, 506 U.S. 194, 206 (1993). Therefore, Plaintiff, as a corporation, cannot

proceed IFP.[1]

Accordingly,

Plaintiff's motion for leave to proceed in forma pauperis, Filing No. 3, is denied. Plaintiff shall pay the $405.00 filing fee within 14 days of the date of this order. Failure to comply with this order may result in the undersigned recommending this matter be dismissed.

Dated this 18th day of February, 2025.

BY THE COURT:

*s/ Jacqueline M. DeLuca*
United States Magistrate Judge

---

[1] The Court also notes that Plaintiff did not file an affidavit or other statement of assets as is required under 28 U.S.C. § 1915.