IN THE US FEDERAL DISTRICT COURT OF NEBRASKA

| | |
|---|---|
| UNCENSORED AI, INC., ) <br> a Delaware corporation, ) <br> ) <br>   Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> PERPLEXITY, INC.; ) <br> START ENGINE, INC.; ) <br> UNCENSORED.COM, NOFILTERGPT, ) <br> INC., NASTIA CYPERNETICS, SAS, ) <br> VENICE AI, INC., FREEDOMGPT, INC., ) <br> UNCENSOREDAI.IO, AP SOFTWARE, ) <br> LTD., HENRY FORDIN KATU 5, ) <br> CLINT NEILSON, ) <br> CHAT UNCENSORED, INC., ERIC ) <br> VORHEES ) <br> ) <br>   Defendants. ) | Case No.: 2025cv00040 |

**PLAINTIFF'S CORPORATE DISCLOSURE STATEMENT**

  Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Uncensored AI, Inc. ("Plaintiff") hereby advises the Court that it is not a publicly traded company and does not have a parent corporation. No publicly held corporation owns 10% or more of Plaintiff's stock.

Dated: March 3, 2025　　　　　　　　　　　　　　　Thomas C. Dorwart
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　#25698
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　7305 Main St.
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Ralston, NE 68127
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　(402) 558-14014

## CERTIFICATE OF SERVICE

      I hereby certify that on March 3, 2025, I electronically filed the foregoing with the Clerk of Court, using the CM/ECF system.

                                          */s/ Thomas C. Dorwart*
                                          Thomas C. Dorwart