# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNCENSORED AI, INC., a Delaware corporation, | CASE NO. 8:25-CV-00040 |
| Plaintiff, | **MOTION TO STRIKE (DOC 10)** |
| vs. | |
| PERPLEXITY, INC.; START ENGINE, INC.; UNCENSORED.COM; NOFILTERGPT, INC.; NATIA CYBERNETICS; SAS; VENICE AI, INC.; FREEDOMGPT, INC.; UNCENSOREDAI.IO; AP SOFTWARE, LTD.; HENRY FORDIN KATU 5; CLINT NEILSON; CHAT UNCENSORED, INC.; and ERIC VORHEES | |
| Defendants. | |

Defendant StartEngine Crowdfunding, Inc., hereby requests that this court strike its previous filing (Doc. 10) as the undersigned failed to sign the motion.

Dated this 30th day of April, 2025.

    STARTENGINE CROWDFUNDING, INC.
    A/K/A START ENGINE, INC., Defendant

    By: */s/Lindsay K. Lundholm*
        Lindsay K. Lundholm, NE# 22224
        Kristina J. Kamler, NE# 24082
        BAIRD HOLM LLP
        1700 Farnam Street, Suite 1500
        Omaha, NE  68102-2068
        402-344-0500
        llundholm@bairdholm.com
        kkamler@bairdholm.com

## CERTIFICATE OF SERVICE

      I hereby certify that on April 30, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the following:

    Thomas C. Dorwart
    tom@dorwartlaw.com

and I hereby certify that I have emailed this document to the following non CM/ECF participants:

    None

                                                              */s/ Lindsay K. Lundholm*

6711809.1