# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNCENSORED AI, INC., a Delaware corporation, | |
| Plaintiff, | CASE NO. 8:25-CV-00040 |
| vs. | |
| PERPLEXITY AI, INC.; START ENGINE CROWDFUNDING, INC.; UNCENSORED.COM; NOFILTERGPT, INC.; NASTIA CYBERNETICS; SAS; VENICE AI, INC.; FREEDOMGPT, INC.; UNCENSOREDAI.IO; AP SOFTWARE, LTD.; HENRY FORDIN KATU 5; CLINT NEILSON; CHAT UNCENSORED, INC.; and ERIC VORHEES | **DEFENDANT, STARTENGINE CROWDFUNDING, INC.'S RULE 12(b) MOTION TO DISMISS THE AMENDED COMPLAINT** |
| Defendants. | |

Defendant StartEngine Crowdfunding, Inc. ("StartEngine"), hereby moves, pursuant to Fed. R. Civ. P. 12(b)(1), (2), (5), and (6), to dismiss Plaintiff's Amended Complaint against it for lack of personal jurisdiction over StartEngine, failure to serve the summons upon StartEngine, and lack of subject matter jurisdiction over this dispute, as well as for failure to state a claim for which relief can granted. As support for this Motion, a Memorandum and Index of Evidence are filed contemporaneously herewith.

WHEREFORE, StartEngine requests that it be dismissed from this case with prejudice, that the entire case be dismissed, and that the Court grant any other relief it deems just and equitable.

Dated this 2nd day of June, 2025.

STARTENGINE CROWDFUNDING, INC. A/K/A START ENGINE, INC., Defendant

By: /s/ *Kristina J. Kamler*
    Lindsay K. Lundholm, 22224
    Kristina J. Kamler, 24082
    BAIRD HOLM LLP
    1700 Farnam Street, Suite 1500
    Omaha, NE 68102-2068
    402-344-0500
    llundholm@bairdholm.com
    kkamler@bairdholm.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on June 2, 2025, the foregoing was filed with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the following:

Thomas C. Dorwart
Dorwart Law
7305 Main St.
Ralston, NE 68127
tom@dorwartlaw.com

*/s/ Kristina J. Kamler*