IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNCENSORED AI, INC., a Delaware corporation;<br><br>Plaintiff,<br><br>vs.<br><br>UNCENSORED.COM, NOFILTERGPT, INC., NASTIA CYBERNETICS, SAS, VENICE AI, INC., FREEDOMGPT, INC., UNCENSOREDAI.IO, AP SOFTWARE, LTD., HENRY FORDIN KATU 5, CLINT NEILSON, CHAT UNCENSORED, INC., ERIC VORHEES, PERPLEXITY AI, INC., and START ENGINE CROWDFUNDING, INC.,<br><br>Defendants. | **8:25CV40**<br><br>**ORDER TO SHOW CAUSE** |

Pursuant to the court's rules, a complaint must be served within 90 days of filing the lawsuit. Plaintiff has not filed a return of service indicating service on the following defendants and these defendants have not voluntarily appeared:

Uncensored.com
Nofiltergpt, Inc.
Nastia Cybernetics
SAS
Venice AI, Inc.
Freedom GPT, Inc.
Uncensoredai.io

AP Software, Ltd.
Henry Fordin Katu 5
Clint Neilson
Chat Uncensored, Inc.
Eric Vorhees

IT IS ORDERED that plaintiff shall have until November 21, 2025 to show cause why his claims against these defendants should not be dismissed pursuant to Federal Rule of Civil Procedure 4(m) or for want of prosecution. The failure to timely comply with this order may result in dismissal of these claims without further notice.

Dated this 7th day of November, 2025.

BY THE COURT:

s/ Jacqueline M. DeLuca

United States Magistrate Judge