IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNCENSORED AI, INC., a Delaware corporation;<br><br>Plaintiff,<br><br>vs.<br><br>UNCENSORED.COM, NOFILTERGPT, INC., NASTIA CYBERNETICS, SAS, VENICE AI, INC., FREEDOMGPT, INC., UNCENSOREDAI.IO, AP SOFTWARE, LTD., HENRY FORDIN KATU 5, CLINT NEILSON, CHAT UNCENSORED, INC., ERIC VORHEES, PERPLEXITY AI, INC., and START ENGINE CROWDFUNDING, INC.,<br><br>Defendants. | 8:25CV40<br><br>**FINDINGS AND RECOMMENDATION** |

Based on the court's record, the amended complaint, filed on May 23, 2025, has not been served on the following defendants and these defendants have not voluntarily appeared:

    Uncensored.com

    Nofiltergpt, Inc.

    Nastia Cybernetics

    SAS

    Venice AI, Inc.

    Freedom GPT, Inc.

1

    Uncensoredai.io

    AP Software, Ltd.

    Henry Fordin Katu 5

    Clint Neilson

    Chat Uncensored, Inc.

    Eric Vorhees

The court entered an order requiring Plaintiff to show cause why this case should not be dismissed pursuant to Federal Rule of Civil Procedure 4(m) or for want of prosecution, and warned that absent a timely response, this case may be dismissed without further notice. Filing No. 78.

Plaintiff filed a timely response in which he moves to voluntarily dismiss the above-named defendants with the exception of Venice AI, Inc. and Uncensordai.io.[1] Filing No. 82. Plaintiff contends these two defendants were successfully served on October 15, 2025. The service of these two defendants is presently the subject of a second order to show cause. *See* Filing No. 83.

Accordingly,

IT IS RECOMMENDED to the Honorable Joseph F. Bataillon, Senior United States District Judge, pursuant to 28 U.S.C. § 636(b), that the claims against the following defendants be dismissed for failure of service and want of prosecution:

    Uncensored.com
    Nofiltergpt, Inc.
    Nastia Cybernetics SAS
    Freedom GPT, Inc.

---

[1] Plaintiff does not include Uncensored.com in the list of Defendants he seeks to voluntarily dismiss. However, it also does not contend Uncensored.com was successfully served. *See* Filing No. 82. A review of the docket shows that Plaintiff never sought a summons for Uncensored.com and no attempt was made to illustrate service. To the extent Plaintiff does not voluntarily dismiss Uncensored.com, the undersigned recommends their dismissal for the reasons set forth herein.

AP Software, Ltd.
Henry Fordin Katu 5
Clint Neilson
Chat Uncensored, Inc.
Eric Vorhees

The parties are notified that failing to file an objection to this recommendation as provided in the local rules of this court may be held to be a waiver of any right to appeal the court's adoption of the recommendation.

Dated this 3rd day of December, 2025.

BY THE COURT:

*s/ Jacqueline M. DeLuca*

United States Magistrate Judge