IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNCENSORED AI, INC., a Delaware corporation;<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>UNCENSORED.COM, NOFILTERGPT, INC., NASTIA CYBERNETICS, SAS, VENICE AI, INC., FREEDOMGPT, INC., UNCENSOREDAI.IO, AP SOFTWARE, LTD., HENRY FORDIN KATU 5, CLINT NEILSON, CHAT UNCENSORED, INC., ERIC VORHEES, PERPLEXITY AI, INC., and START ENGINE CROWDFUNDING, INC.,<br><br>　　　　　Defendants. | 8:25CV40<br><br>ORDER |

　　　This matter comes before the Court on the Findings and Recommendation of Magistrate Judge DeLuca recommending the Court dismiss certain defendants for want of prosecution and failure of service under Federal Rule of Civil Procedure 4(m). Filing No. 84. No party has filed an objection to the Magistrate Judge's recommendation.

　　　A District Judge may designate a Magistrate Judge to hear and make recommendations on any dispositive issue. 28 U.S.C. § 636(b)(1)(B). The parties may object to any portions of the Magistrate Judge's findings and recommendations within fourteen days. 28 U.S.C. § 636(b)(1)(C). The District Judge shall review de novo those portion so the report or specified proposed findings or recommendations to which objection is made. *Id.* The District Judge may accept, reject, or modify, in whole or in part, the findings or recommendations of the Magistrate Judge. *Id.*

1

As explained in the Magistrate Judge's Findings and Recommendation, Plaintiff has failed to show cause why the case should not be dismissed for want or prosecution or failure to serve the following defendants who have not been served or otherwise voluntarily appeared: Uncensored.com; Nofiltergpt, Inc.; Nastia Cybernetics; SAS; Freedom GPT, Inc.; AP Software, Ltd.; Henry Fordin Katu 5; Clint Neilson; Chat Uncensored, Inc.; and Eric Vorhees.  The Court, having reviewed the record and the Magistrate Judge's Findings and Recommendation and having received no objections to the same, agrees with the Magistrate Judge.  Accordingly,

IT IS ORDERED:

1) The Magistrate Judge's Findings and Recommendation, Filing No. 84, are adopted in full.

2) The following defendants are dismissed for failure of service and want of prosecution: Uncensored.com; Nofiltergpt, Inc.; Nastia Cybernetics; SAS; Freedom GPT, Inc.; AP Software, Ltd.; Henry Fordin Katu 5; Clint Neilson; Chat Uncensored, Inc.; and Eric Vorhees.

Dated this 19th day of December, 2025.

BY THE COURT:

s/ Joseph F. Bataillon  
Senior United States District Judge