IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNCENSORED AI, INC., a Delaware corporation;<br><br><br>Plaintiff,<br><br><br>vs.<br><br><br>VENICE AI, INC., UNCENSOREDAI.IO, PERPLEXITY AI, INC., and START ENGINE CROWDFUNDING, INC.,<br><br><br>Defendants. | **8:25CV40**<br><br><br>**ORDER TO SHOW CAUSE** |

This matter comes before the court after a review of the docket and pursuant to NECivR 41.2, which states in relevant part: "At any time, after appropriate notice, a case not being prosecuted with reasonable diligence may be dismissed for lack of prosecution."

The complaint was filed on February 3, 2025. Filing No. 1. After various filings, Plaintiff filed a return of service indicating service on Defendants Venice AI, Inc. and Uncensoredai.io on October 15, 2025. Filing Nos. 85 and 86. No answer or other responsive pleading has been filed by either Defendant. Plaintiff has a duty to prosecute the case and may, for example, seek default judgment in accordance with the applicable rules or take other action as appropriate.

Accordingly,

IT IS ORDERED that Plaintiff shall have until April 8, 2026 to show cause why its claims against Venice AI, Inc. and Uncensoredai.io should not be dismissed pursuant to NECivR 41.2 for want of prosecution. The failure to timely comply with this order may result in dismissal of these claims without further notice.

Dated this 25th day of March, 2026.

BY THE COURT:

*s/ Jacqueline M. DeLuca*
United States Magistrate Judge