IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNCENSORED AI, INC., a Delaware corporation; <br><br> Plaintiff, <br><br> vs. <br><br> VENICE AI, INC., and UNCENSOREDAI.IO, <br><br> Defendants. | **8:25CV40** <br><br><br> **ORDER** |

This matter comes before the Court on the Findings and Recommendation issued by Magistrate Judge DeLuca recommending dismissing the remaining defendants in this case for want of prosecution. Filing No. 93. The Court, having received no objection, adopts the Magistrate Judge's Findings and Recommendation in full, denies the pending motions for Clerk's entry of default, and dismisses the case.

As set forth in greater detail in Judge DeLuca's Findings and Recommendation, the record fails to establish that Plaintiff has properly served Defendants, Venice AI, Inc. and Uncsensoredai.io. Filing No. 93 at 2–3. Judge DeLuca recommended dismissing the case as it has been over a year since the lawsuit was filed and Plaintiff has failed to perfect service on these two remaining Defendants; the other Defendants having been previously dismissed. Filing No. 93 at 3 (citing Fed. R. Civ. P. 4(m)). In response to a show cause order, Plaintiff filed motions for clerk's entry of default against Venice AI, Inc. and Uncsensoredai.io. Filing No. 91; Filing No. 92. However, Plaintiff did not object to Judge DeLuca's Findings and Recommendation which identified the insufficiency of Plaintiff's purported service of process nor otherwise show cause why the case should not be dismissed.

1

Under 28 U.S.C. § 636(b)(1)(C), the Court must make a de novo determination of those portions of the findings and recommendation on a dispositive matter to which a party has objected. *See* NECivR 72.2(a). The Court may accept, reject, or modify, in whole or in part, the Magistrate Judge's findings or recommendation. The Court may also receive further evidence or remand the matter to the Magistrate Judge with instructions. 28 U.S.C. § 636(b)(1)(C).

Having received no objections, the Court reviews Magistrate Judge DeLuca's Findings and Recommendations and agrees with them in their entirety. Venice AI, Inc. and Uncsensoredai.io must be dismissed for want of prosecution. Additionally, Clerk's entry of default is not warranted because service was not perfected on Defendants. Accordingly,

IT IS ORDERED:

1. The Court adopts the Magistrate Judge's Findings and Recommendation, Filing No. 93, in full.

2. Plaintiff's motions for entry of clerk's default, Filing No. 91; Filing No. 92, are denied.

3. Defendants, Venice AI, Inc. and Uncsensoredai.io are dismissed for want of prosecution.

4. There being no remaining Defendants, the Court will enter a separate judgment.

Dated this 28th day of April, 2026.

BY THE COURT:

s/ Joseph F. Bataillon
Senior United States District Judge

2